**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DAVID J. WILLIAMS

VERSUS

VANNOY, ET AL.

CIVIL ACTION

19-2-SDD-EWD

## RULING

The Court has carefully considered the *Complaint*,[1] the *Motion to Amend Complaint*[2] filed by Plaintiff, the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Erin Wilder-Doomes dated February 20, 2020, to which an objection[4] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Motion to Amend Complaint*[5] is hereby DENIED as amendment would be futile.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any potential state law claims, and Plaintiff's federal claims are hereby DISMISSED, WITH PREJUDICE, as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

---

[1] Rec. Doc.1.
[2] Rec. Doc. 7.
[3] Rec. Doc. 8.
[4] Rec. Doc. 9.
[5] Rec. Doc. 7.

*Judgment* will be entered accordingly.

Signed in Baton Rouge, Louisiana on March 31, 2020.

*Shelly D. Dick*

**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**